UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE LEE JAMES-WILLIAMS,

    Plaintiff,

v.                                                CASE NO. 8:17-cv-3083-T-23CPT

FLAD INVESTMENTS, LLLP,

    Defendant.
_____/

## **ORDER**

A November 21, 2018 order (Doc. 25) dismisses Willie Lee James-Williams's amended complaint because James-Williams fails to allege facts establishing that the amount in controversy exceeds $75,000.* James-Williams moved to re-open the case, and a January 2, 2019 order (Doc. 28) denies the motion. James-Williams appealed, and the Eleventh Circuit dismissed (Doc. 31) the appeal for failure to prosecute because James-Williams failed to pay the filing fee. About three months later, James-Williams moved (Doc. 32) in the Eleventh Circuit for leave to appeal *in forma pauperis*, and the Eleventh Circuit transferred the motion to the district court.

A June 6, 2019 report (Doc. 33) recommends denying the motion for leave to appeal *in forma pauperis* because (1) the Eleventh Circuit dismissed the appeal for

---

    * In fact, James-Williams appended to the complaint a consultant's report, which values Williams's claim at $32,431.05. (Doc. 22-2 at 39)

failure to prosecute, (2) James-Williams failed to demonstrate indigence, (3) James-Williams failed to address the January 2, 2019 order's finding that James-Williams failed to invoke diversity jurisdiction, and (4) James-Williams failed to identify the issues for appeal. James-Williams objects (Doc. 34) to the report, persists in her claim of indigence, and repeats her allegations against the defendant.

On July 5, 2019, James-Williams again moved (Doc. 35) for leave to appeal *in forma pauperis*, and on July 12, 2019, the Eleventh Circuit permitted (Doc. 36) James-Williams to reinstate her appeal. Neither the objection to the report and recommendation nor the subsequent motion to appeal *in forma pauperis* (1) demonstrates that James-Williams is indigent, (2) establishes the presence of subject-matter jurisdiction, or (3) identifies an issue for appeal. The report and recommendation (Doc. 33) is **ADOPTED**, and the plaintiff's motions (Docs. 32, 35) for leave to appeal *in forma pauperis* are **DENIED**.

ORDERED in Tampa, Florida, on September 10, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE